```
        UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                           CASE NO. 05 B 01751
   GRANT JONES
   SARAH JONES                                   CHAPTER 13

                                                 JUDGE: A. BENJAMIN GOLDGAR

        Debtor
   SSN XXX-XX-8174    SSN XXX-XX-6699
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 01/19/05 and confirmed on 04/08/05.

2. The plan is paid in full.

3. The Debtor paid a total of $ 80353.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| MORTGAGE ELECTRONIC REG | CURRENT MORTG | 50419.74 | .00 | 50419.74 |
| MORTGAGE ELECTRONIC REG | MORTGAGE ARRE | 9995.39 | .00 | 9995.39 |
| COMMUNITY TRUST CREDIT U | SECURED | 7800.00 | 611.41 | 7800.00 |
| VW CREDIT | SECURED | .00 | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | NOT FILED | .00 | .00 |
| AT&T MOBILITY LLC | UNSECURED | NOT FILED | .00 | .00 |
| BEST PRACTICES INPATIENT | UNSECURED | NOT FILED | .00 | .00 |
| CBUSA | UNSECURED | NOT FILED | .00 | .00 |
| CERTIFIED SERVICES INC | UNSECURED | 440.45 | .00 | 44.05 |
| CFC FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| COMMUNITY TRUST CREDIT U | UNSECURED | NOT FILED | .00 | .00 |
| CERTIFIED SERVICES INC | UNSECURED | 4853.30 | .00 | 485.33 |
| CONSOLIDATED PATHOLOGY | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | 2079.46 | .00 | 207.95 |
| ENH MEDICAL GROUP | UNSECURED | NOT FILED | .00 | .00 |
| ERS | UNSECURED | NOT FILED | .00 | .00 |
| EVANSTON NORTHWESTERN HE | UNSECURED | NOT FILED | .00 | .00 |
| ENH RADIOLOGY | UNSECURED | NOT FILED | .00 | .00 |
| EXPO CREDIT SRV | UNSECURED | NOT FILED | .00 | .00 |
| CREATER ROUND LAKE FIRE | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| CITICARDS PRIVATE LABEL | UNSECURED | NOT FILED | .00 | .00 |
| IPC OF ILLINOIS | UNSECURED | NOT FILED | .00 | .00 |
| LAKE FOREST HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| LAKE FOREST EMERGENCY PH | UNSECURED | NOT FILED | .00 | .00 |
| LAKE COUNTY WOMENS HEALT | UNSECURED | NOT FILED | .00 | .00 |
| LUTHERAN GENERAL HOSPITA | UNSECURED | NOT FILED | .00 | .00 |
| MAGES & PRICE | UNSECURED | NOT FILED | .00 | .00 |

```
RETAILERS NATIONAL BANK     UNSECURED       NOT FILED              .00           .00
MCI WORLDCOM RES SERVICE    UNSECURED       NOT FILED              .00           .00
MERCHANTS CREDIT GUIDE      UNSECURED       NOT FILED              .00           .00
NEUROPSYCH                  UNSECURED       NOT FILED              .00           .00
NICOR GAS                   UNSECURED       NOT FILED              .00           .00
NORTHERN ILLINOIS COLLEC    UNSECURED       NOT FILED              .00           .00
PRO COM SERVICES CORP       UNSECURED       NOT FILED              .00           .00
PROFESSIONAL COLLECTION     UNSECURED       NOT FILED              .00           .00
REDDY DARAM MD              UNSECURED       NOT FILED              .00           .00
EQUIFAX RISK MANAGEMENT     UNSECURED       NOT FILED              .00           .00
UNITED STUDENT AID FUNDS    UNSECURED        23596.40              .00       2359.64
ECAST SETTLEMENT CORPORA    UNSECURED          919.80              .00         91.98
VISTA HEALTH                UNSECURED       NOT FILED              .00           .00
WFNNB                       UNSECURED       NOT FILED              .00           .00
COMMUNITY TRUST CREDIT U    UNSECURED         3953.11              .00        395.31
VOLKSWAGON CREDIT           UNSECURED         6742.14              .00        674.21
```

Summary of disbursements:

|                    | SECURED   | PRIORITY | UNSECURED | OTHER | TOTAL      |
|--------------------|-----------|----------|-----------|-------|------------|
| TOTAL CLMS ALLOWED | 68215.13  | .00      | 42584.66  | .00   | 110799.79  |
| PRINCIPAL PAID     | 68215.13  | .00      | 4258.47   | .00   | 72473.60   |
| INTEREST PAID      | 611.41    | .00      | .00       | .00   | 611.41     |
| TOTAL PAID         | 68826.54  | .00      | 4258.47   | .00   | 73085.01   |

The Debtor's attorney, KENNETH S BORCIA & ASSOC    , was allowed $  2700.00 and was paid $    306.00  direct and $   2394.00  through the plan.

The Trustee received $   3284.54 .

Refunds to the Debtor totaled $   1589.45 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 09/09/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE

```
                         PAGE  3
CASE NO. 05 B 01751 GRANT JONES & SARAH JONES
```